LOCAL TRIAL DIVISION

FRANCISCO M. DIAZ, et al,    )    CIVIL ACTION NO. 81-0058
                    )
        Plaintiff,  )
                    )
    vs.            )    ORDER
                    )
RAMON L.G. DIAZ,      )
                    )
        Defendant.  )

In accordance with its amended decision on November 3, 1982, the Court: (1) vacates its March 29, 1982 decision denying summary judgment; and (2) grants plaintiffs' motion for summary judgment.

DATED this _3rd_ day of November, 1982.

ALFRED LAURETA
United States District Judge